**IT IS ORDERED as set forth below:**



Date: June 10, 2013

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN WILLIAM DZIWURA | : | CASE NUMBER A10-80623-WLH |
| CINDY DAVIS DZIWURA | : | |
|     DEBTORS | : | JUDGE HAGENAU |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS**

On April 30, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtors shall remit all future Federal Income tax returns to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless a further Court Order of the Court allows retention, the Debtors shall pay

any tax refund for the remaining years of the Debtors' Plan to the Trustee by May 15th of each calendar year. If the Debtors fail to provide either the tax refund or tax return to the Trustee by May 15th, then the case shall be dismissed without further notice or hearing. The Trustee shall submit a Status Report to the Court requesting an Order of Dismissal. Prior to recommending dismissal of the case, the Trustee shall contact the Debtors' attorney via email or telephone to alert them of the default with an opportunity to cure the default. Additionally, a letter will be sent to the Debtors at the beginning of each calendar year requesting a copy of the tax return and requesting the refund to be sent to the Chapter 13 Trustee.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____  
Julie M. Anania,  
Attorney for Chapter 13 Trustee  
GA Bar No. 477064  
303 Peachtree Center Ave., NE  
Suite 120  
Atlanta, GA  30303  
(678) 992-1201  

____/s/_____  
Marisa Leeds  
Attorney for Debtors  
GA Bar No. 513091  
Khoshnood Law Firm  
501 Pulliam Street, SW  
Suite 130  
Atlanta, GA 30312  
*Signed by Julie M. Anania*  
*with express permission*

United States Bankruptcy Court
Northern District of Georgia

```
In re:                                                              Case No. 10-80623-wlh
John William Dziwura                                                Chapter 13
Cindy Davis Dziwura
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: dillard              Page 1 of 2         Date Rcvd: Jun 11, 2013
                              Form ID: pdf403            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2013.
```
db/jtdb    +John William Dziwura,   Cindy Davis Dziwura,   930 Woodward Park Dr.,   Suwanee, GA 30024-2859
aty        +Hooman Khoshnood,   Khoshnood Law Firm,   Suite 130,   501 Pulliam Street, SW,
             Atlanta, GA 30312-2770
tr         +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
             Atlanta, GA 30303-1286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113E-9          User: dillard             Page 2 of 2                  Date Rcvd: Jun 11, 2013
                              Form ID: pdf403           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2013 at the address(es) listed below:

```
              Delaycee Shannon Rowland    on behalf of Creditor   Nationwide Advantage Morgage Company
               drowland@logs.com
              H. Tucker Dewey    on behalf of Creditor   Chrysler Financial Services Americas, LLC
               mstevens@haledeweyknight.com,   sbruce@haledeweyknight.com;kstewart@haledeweyknight.com
              Hooman   Khoshnood    on behalf of Debtor John William Dziwura klfnotices@yahoo.com,
               hkatlantalaw@gmail.com
              Hooman   Khoshnood    on behalf of Joint Debtor Cindy Davis Dziwura klfnotices@yahoo.com,
               hkatlantalaw@gmail.com
              Jennifer Powers Himes    on behalf of Creditor   Chrysler Financial Services Americas, LLC
               jphimeslaw@gmail.com,
               marcia.stevens@thehalelawgroup.com;sharri.bruce@thehalelawgroup.com;bridget.brookshire@thehalelaw
               group.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Ronald A. Levine    on behalf of Creditor   Fidelity Bank info@lbslaw.net
                                                                                             TOTAL: 9
```

Case 10-80623-wlh    Doc 73    Filed 06/13/13    Entered 06/14/13 02:21:34    Desc Imaged
Certificate of Notice    Page 4 of 4